UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSIAH LARKIN,<br><br>　　　　Defendant. | Case No. 15-cr-00010-SI-1<br><br>**ORDER TO MAKE COUNSEL AVAILABLE AT TRIAL** |

On August 23, 2016, the Court held a final pretrial conference in the above captioned matter, which is set for jury trial beginning September 6, 2016. As explained further in the Court's Final Pretrial Scheduling Order, Docket No. 192, the Court has granted defendant Larkin's request that the anticipated taxpayer witnesses have the opportunity to be advised of their Fifth Amendment rights before they testify. As such, the Court hereby ORDERS that the Office of the Federal Public Defender make an attorney available during trial to advise the anticipated taxpayer witnesses.

The Clerk shall send a copy of this order, along with a copy of the Final Pretrial Scheduling Order, Docket No. 192, to the Office of the Federal Public Defender in San Francisco.

**IT IS SO ORDERED**.

Dated: August 25, 2016

_____
SUSAN ILLSTON
United States District Judge