UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSIAH LARKIN,<br><br>   Defendant. | Case No.   15-cr-00010-SI-1<br><br>**ORDER RE: PROPOSED DEFENSE JURY INSTRUCTIONS**<br><br>Re: Dkt. No. 197 |

The government has filed a request for a pre-trial ruling on several jury instructions proposed by defendant Josiah Larkin. Docket No. 197 at 2-3. Trial is set to begin on September 6, 2016. The Court has not heard from the defendant as to the government's request. Nevertheless, the Court issues this Order to indicate that, as to the charge under 18 U.S.C. § 286—conspiracy to defraud the government with respect to claims—the Court is inclined to give Ninth Circuit Model Criminal Jury Instruction 8.20, with no instruction on materiality, as materiality does not appear to be an element that the government must prove. *See* 18 U.S.C. § 286; *United States v. Gentry*, 67 F.3d 309, at *2 (1995) (unpublished). As to defendant's proposed good faith instruction, Docket No. 185 at 19, the Court is not inclined to give that instruction. A good faith instruction is not required in a tax fraud case where the jury receives adequate instruction on specific intent. *See United States v. Dorotich*, 900 F.2d 192, 193-94 (9th Cir. 1990).

**IT IS SO ORDERED**.

Dated: September 1, 2016

_____
SUSAN ILLSTON
United States District Judge