UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>JOSIAH LARKIN,<br>        Defendant. | Case No. 15-cr-00010-SI-1<br><br>**VERDICT FORM** |

**COUNT ONE**

We, the jury in the above entitled case, unanimously find the defendant, JOSIAH LARKIN, _____ [guilty/not guilty] of conspiring to defraud the United States by obtaining, or aiding others to obtain, payment or allowance of false, fictitious or fraudulent claims.

**COUNT SIX**

We, the jury in the above-entitled case, unanimously find the defendant, JOSIAH LARKIN, _____ [guilty/not guilty] of making a false, fictitious or fraudulent claim against the United States, to wit, the 2012 federal income tax return for Erickea Bibbs.

**COUNT TEN**

We, the jury in the above-entitled case, unanimously find the defendant, JOSIAH

LARKIN, _____ [guilty/not guilty] of making a false, fictitious or fraudulent claim against the United States, to wit, a 2012 federal income tax return for Alice Caruthers.

**COUNT SIXTEEN**

We, the jury in the above-entitled case, unanimously find the defendant, JOSIAH LARKIN, _____ [guilty/not guilty] of making a false, fictitious or fraudulent claim against the United States, to wit, a 2012 federal income tax return for Leshanti Smith.

**COUNT EIGHTEEN**

We, the jury in the above-entitled case, unanimously find the defendant, JOSIAH LARKIN, _____ [guilty/not guilty] of making a false, fictitious or fraudulent claim against the United States, to wit, a 2012 federal income tax return for Mary Green.

**COUNT TWENTY-EIGHT**

We, the jury in the above-entitled case, unanimously find the defendant, JOSIAH LARKIN, _____ [guilty/not guilty] of making a false, fictitious or fraudulent claim against the United States, to wit, a 2012 federal income tax return for Pamela Travis.

DATED: _____          _____
                                                                  FOREPERSON