UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSIAH LARKIN,<br><br>Defendant. | Case Nos. 15-cr-00010-SI-1<br>18-cv-00058<br><br>**JUDGMENT** |

The Court has denied defendant Josiah Larkin's motion to vacate under 28 U.S.C. § 2255. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 16, 2018

SUSAN ILLSTON
United States District Judge